AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>STEPHEN ELBERT BOYKIN,<br>*Defendant(s)* | )<br>)<br>)  Case No. 1:23-mj-123<br>)<br>)<br>)<br>) |

**FILED**

OCT 1 6 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 7 & 13, 2023__ in the county of __Gilmer__ in the
__Northern__ District of __West Virginia__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 875(c) | Mailing threatening communications |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Andrew R. Cogar, AUSA
Printed name and title

Sworn to before me and signed in my presence.

Date: 10.16.2023

_____
Judge's signature

City and state: Clarksburg, WV

Michael J. Aloi, Magistrate Judge
Printed name and title