## AFFIDAVIT

I, Evan J. Aldridge, being duly sworn, do hereby state the following:

1. I am a Special Investigative Services Technician for the Federal Bureau of Prisons and have been so employed for 4 ½ years.

2. This affidavit is made in support of an arrest warrant and criminal complaint for Stephen Boykin, a federal inmate in the custody of the Federal Bureau of Prisons, alleging that he has violated Title 18, United States Code, Section 875(c), by mailing threatening communications at FCI Gilmer, in the Northern District of West Virginia.

3. Boykin is currently serving a federal sentence for mailing threatening communications to various individuals, specifically including letters containing threats to kill President George W. Bush, Vice President Cheney, Senator Barack Obama, and Oprah Winfrey.

4. On June 7, 2023, the Special Investigative Services (SIS) Office at FCI Gilmer was reviewing the required monitoring mail for the day. While reviewing mail being sent out by inmate Stephen Boykin, Reg. No. 10919-171, SIS staff noticed inmate Boykin had made numerous threatening statements in two letters. Boykin states in these letters that he plans to go to Washington DC to "Take matters into my own hands," and "Finish what I started." He then states in a letter addressed to Phillip Boykin that he plans to then return to Greenville, South Carolina and "Finish what Dr. Death and the others want Stephen to do" and "What the other have planned will in fact happen. THERE no if and buts about this. It will end the way my father always wanted it to end. Destruction."

5. On June 13, 2023, more letters from Boykin were intercepted by the SIS office in the daily review of required monitoring mail. These letters were addressed to the federal courthouse in Greenville, South Carolina, President Joe Biden, and Phillip Boykin. The letters contained similar threatening content as the letters discovered on June 7, 2023. Specifically, Boykin stated in a letter addressed to Phillip Boykin, "I'm sitting here buying

my plan waiting until I get out. I am going to make sure that each one of you suffer and when I am done, I am going to eat your body parts with the following people. Michelle and Barrack Obama, Ron DeSantis, VP Harris [Kamala Harris]."

6. Boykin's letter to the President of the United States contained threats to individuals who were running against him in the next election. Boykin states that he is going to come to Washington, DC to make sure the President wins the next election by getting rid of the other candidates against him. He names Ron DeSantis (Governor of Florida) and Vice President Kamala Harris as candidates he would get rid of.

7. Boykin attempted to send a letter addressed to the Federal Courthouse in Greenville, SC. The letter appears to be addressed to a "Maxwell Caution," who he apparently identifies as an Assistant United States Attorney. In the letter it states, "This is address[ed] to the following people: 1. Maxwell Caution USAS for the district of Greenville SC. 2. Secret Service for Greenville SC. . . . I am writing to let you know I will be home soon to finally get mine and the other revenge. I [guess] you can call yourself the walking dead cause that basically what you are. I can't wait to eat your body part slowly. I dream about this every night. It gives me and the other who live in Stephen so much [undecipherable] to know your end is near. We will see you soon. Enjoy life now. See you soon."

8. Boykin attempted to send a letter to Phillip Boykin stating, "Phillip/Bitch You know the only people who ever cared for me was Debra/mother the rest of you are so cold shit for real. I am sitting here buying my plan waiting till I get out. I'm going to make sure that I make each one of you suffer and when I am done, I will eat our body parts with the following people: Michelle and Barak Obama, Ron Desaints [sic], V. P Harris. I can't wait I'm only months away from making this happen. Don't think that I'm playing me and the other are coming for you all. Baby Raper".

9. In a subsequent SIS interview, Boykin admitted he was the author of these letters and did plan to carry out these threats once he is released in October 2023.

10. Based on the facts as set forth herein, your affiant submits that there is probable cause to believe Stephen Boykin has mailed threatening communications, in violation of Title 18, United States Code, Section 875(c).

The above information is true and correct to the best of my knowledge, information and belief.

_____
Evan J. Aldridge
Special Investigative Services Technician
FCI Gilmer

Sworn and subscribed to before me this 16th day of October 2023.

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE